# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Deborah Crosby, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> - against - <br><br> Church & Dwight Co. Inc., <br><br> Defendant | 1:23-cv-01735 <br><br> Hon. Virginia M. Kendall |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Deborah Crosby hereby voluntarily dismisses with prejudice all claims, causes of action, and parties. Each side shall bear its own attorneys' fees and costs.

Dated: July 11, 2023

Respectfully submitted,

/s/Spencer Sheehan
Sheehan & Associates, P.C.
60 Cuttermill Rd Ste 412
Great Neck NY 11021
(516) 268-7080
spencer@spencersheehan.com